■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

FRED FERNANDEZ, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Appelman, J.), imposed June 24, 1987.

Ordered that the sentence is affirmed *(see, People v Higgins,* 137 AD2d 620; *People v Murray,* 137 AD2d 768). Mollen, P. J., Mangano, Thompson and Sullivan, JJ., concur.